JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARISELA NOLASCO VENTURA,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-03952-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: July 31, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE